**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA**

**FRED HEIDARPOUR, o/b/o**

**ABANTE ROOTER AND PLUMBING, INC.,**

    **Plaintiff,**

                                            **CIVIL ACTION NO.: 17-cv-22656-FAM**

 **v.**

 **ASCEND FUNDING, LLC.,**

    **Defendant.**

    _____/

**PLAINTIFF'S NOTICE OF MEDIATION RESULTS**

Plaintiff hereby gives notice that the above referenced case has resolved at mediation. Plaintiff requests that this Court retain jurisdiction for settlement enforcement only for a period of thirty days. *Pursuant to satisfaction of settlement terms* Plaintiff has agreed to dismiss the above referenced case with prejudice.

**Certificate of Service**

    I hereby certify that the foregoing has been filed with: rhl@TrippScott.com, Defense Attorney, on this 14th day of February, 2018. Additionally, a copy of this notice, *has been filed* with the Court's electronic filing system which is designed to send a copy of the same to all counsel of record, also on this 14th day of February 2018.

                                                    **s/W. John Gadd**
                                                      W. John Gadd
                                               FL Bar Number 463061
                                           **Bank of America Building**
                                    2727 Ulmerton Road-Suite 250
                                             Clearwater, FL 33762
                                             Tel- (727) 524-6300

```
                                              Email- wjg@mazgadd.com
```